IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3258 |
| | ) | |
| V. | ) | |
| | ) | |
| JON BRUNING, Attorney General, | ) | ORDER |
| DAVID HEINEMAN, Governor, | ) | |
| NEBRASKA STATE PATROL, | ) | |
| LANCASTER COUNTY SHERIFF, | ) | |
| and LINCOLN POLICE DEPT., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case has been reassigned to me. Plaintiff wants a preliminary injunction. I have already held a hearing on a similar question in a related case. In any event, I need to talk about this with counsel. Therefore,

IT IS ORDERED counsel for Plaintiff shall arrange a telephone conference with counsel for Defendants at 10:00 A.M. tomorrow (Thursday, December 31, 2009). My chambers cannot arrange the conference so counsel must do so.

DATED this 30th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge