IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3258 |
| | ) | |
| v. | ) | |
| | ) | |
| JON BRUNING, Attorney General, | ) | MEMORANDUM AND ORDER |
| DAVID HEINEMAN, Governor, | ) | |
| NEBRASKA STATE PATROL, | ) | |
| LANCASTER COUNTY SHERIFF, and | ) | |
| LINCOLN POLICE DEPT., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by James Beckmann, (filing no. 31), is granted. Mr. Beckmann shall mail a copy of this order to the plaintiff, and shall file a certificate of service which states this order has been served on the plaintiff and identifies the date and method of such service.

2) The plaintiff is given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance on his or her behalf; or (2) file a statement informing the court of his or her intent to proceed in this case without counsel. If neither of these actions is taken within the next 20 days, this case will be subject to dismissal.

DATED this 19th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge