IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, et al., | ) | |
| Plaintiffs, | ) | 8:09CV456 |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | **MEMORANDUM** |
| Defendants. | ) | **AND ORDER** |
| _____ | ) | |
| | ) | |
| JOHN DOE, | ) | 4:09CV3258 |
| Plaintiff, | ) | |
| V. | ) | |
| | ) | |
| ATTORNEY GENERAL JON BRUNING, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JOHN DOE, | ) | 4:09CV3266 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA STATE PATROL, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | 4:10CV3003 |
| JOHN DOE I, et al.,, | ) | |
| Plaintiffs, | ) | |
| V. | ) | |
| | ) | |
| ATTORNEY GENERAL JON BRUNING, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JOHN DOE, | ) | 4:10CV3004 |
| Plaintiff, | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

```
JOHN DOE,                              )
                      Plaintiff,       )              4:10CV3005
             V.                        )
                                       )
STATE OF NEBRASKA, et al.,             )
                      Defendants.      )
_____        )
```

The foregoing six cases have been consolidated for all purposes including trial and discovery.  The parties' "Report of Parties' Rule 26(f) Planning Conference" is due on March 5, 2010.  The defendants have moved to stay discovery and the filing of a Rule 26(f) report "until thirty (30) days following the Court's resolution of Defendants' Motion for Summary Judgment."  The motion to stay does not indicate the motion is unopposed.  Accordingly, the court interprets this motion as notice of an impasse in the parties' preparation of a joint Rule 26(f) Report.

Therefore, as contemplated by the court's order dated January 25, 2010,

IT IS ORDERED that a telephonic conference will be held before the undersigned magistrate judge on March 1, 2010 at 3:00 p.m.  Counsel for the defendants shall place the call.

DATED this 26th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge