IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, et al., ) | | |
|        Plaintiffs, ) | | 8:09CV456 |
|    V. ) | | |
| ) | | |
| STATE OF NEBRASKA, et al., ) | | **MEMORANDUM** |
|        Defendants. ) | | **AND ORDER** |
| _____ ) | | |
| ) | | |
| JOHN DOE, ) | | 4:09CV3258 |
|        Plaintiff, ) | | |
|    V. ) | | |
| ) | | |
| ATTORNEY GENERAL JON BRUNING, et al., ) | | |
|        Defendants. ) | | |
| _____ ) | | |
| ) | | |
| JOHN DOE, ) | | 4:09CV3266 |
|        Plaintiff, ) | | |
| ) | | |
|    V. ) | | |
| ) | | |
| NEBRASKA STATE PATROL, et al., ) | | |
|        Defendants. ) | | |
| _____ ) | | |
| ) | | 4:10CV3003 |
| JOHN DOE I, et al.,, ) | | |
|        Plaintiffs, ) | | |
|    V. ) | | |
| ) | | |
| ATTORNEY GENERAL JON BRUNING, et al., ) | | |
|        Defendants. ) | | |
| _____ ) | | |
| ) | | |
| JOHN DOE, ) | | 4:10CV3004 |
|        Plaintiff, ) | | |
|    V. ) | | |
| ) | | |
| STATE OF NEBRASKA, et al., ) | | |
|        Defendants. ) | | |
| _____ ) | | |

| | | |
|---|---|---|
| JOHN DOE, | ) | |
|         Plaintiff, | ) | 4:10CV3005 |
|    V. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
|         Defendants. | ) | |

The defendants have moved to stay all discovery in the foregoing cases pending resolution of Defendants' Motions for Summary Judgment. The parties have entered into a stipulation which resolves the defendants' motions to a stay and sets additional progression deadlines. The court adopts the of parties' stipulation. Accordingly,

IT IS ORDERED:

1) The following motions and/or stipulations are granted:

   8:09-cv-00456-RGK-CRZ, filing nos. 320 and 325
   4:09-cv-03258-RGK-CRZ, filing nos. 36 and 41
   4:09-cv-03266-RGK-CRZ, filing nos. 26 and 30
   4:10-cv-03003-RGK-CRZ, filing nos. 19 and 24
   4:10-cv-03004-RGK-CRZ, filing nos. 25 and 29
   4:10-cv-03005-RGK-CRZ, filing nos. 20 and 24

2) Parties to be added and their Declarations shall be filed on or before March 15, 2010.

3) Any Motion for Certification of State Law Questions to the Nebraska Supreme Court shall be filed by March 15, 2010.

4) Plaintiffs shall file any opposition to Defendants' Motion for Summary Judgment or their own Cross Motions for Summary Judgment and supporting briefs by May 1, 2010.

5) The deadline for filing the parties' Rule 26(f) Report, previously set for March 5, 2010, is continued until thirty days following the court's ruling on defendants' motions for summary judgment.

March 3, 2010.                                   BY THE COURT:

                                                                         s/ *Cheryl R. Zwart*
                                                                         United States Magistrate Judge