IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| John Doe and Jane Doe 1 through 20, et. al., | ) | 8:09-cv-00456 |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING WITHDRAWAL** |
| | ) | **OF COUNSEL FOR DEFENDANT** |
| State of Nebraska, et. al, | ) | **POLICE CHIEF THOMAS K. CASADY** |
| | ) | |
| | ) | |
| Defendants. | ) | |

Tonya L. Peters has entered her appearance as counsel for Defendant, Police Chief Thomas K. Casady, in his official capacity as City Police Chief of Lincoln, Nebraska. (See, filing no. 342).

Accordingly,

IT IS ORDERED that the motion to withdraw filed by Richard C. Anderson, (filing no. 341), is granted.

Dated this 19th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge