IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV03258 |
| | ) | |
| V. | ) | |
| | ) | |
| JON BRUNING, Attorney General, | ) | MEMORANDUM AND ORDER |
| DAVID HEINEMAN, Governor, | ) | |
| NEBRASKA STATE PATROL, | ) | |
| LANCASTER COUNTY SHERIFF, and | ) | |
| LINCOLN POLICE DEPT., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff's attorney was granted leave to withdraw on February 19, 2010, (filing no. 32). The plaintiff was given twenty days from that order to either: (1) obtain the services of substitute counsel and have an attorney file an appearance on his behalf; or (2) file a statement informing the court of his intent to proceed in this case without counsel. The plaintiff was warned that failure to timely comply may result in dismissal of his complaint. The plaintiff has not complied with the court's order.

IT IS ORDERED:

1) The plaintiff is given until June 4, 2010 to show cause why his claims should not be dismissed for want of prosecution, in the absence of which plaintiff's claims against the defendants may be dismissed and a judgment of dismissal may be entered without further notice.

2) The office of the clerk shall mail a copy of this order, and all filings made in this case after the court granted the withdrawal of the plaintiff's attorney on February 19, 2010, (filing no. 32), to the name and address provided separately to the clerk's office by the undersigned magistrate judge's chambers.

May 20, 2010.                              BY THE COURT:

                                           *S/ Cheryl R. Zwart*
                                           United States Magistrate Judge