IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3258 |
| | ) | |
| v. | ) | |
| | ) | |
| JON BRUNING, Attorney General, | ) | FINDINGS AND |
| DAVID HEINEMAN, Governor, | ) | RECOMMENDATION |
| NEBRASKA STATE PATROL, | ) | |
| LANCASTER COUNTY SHERIFF, | ) | |
| and LINCOLN POLICE DEPT., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff did not comply with the court's order dated February 19, 2010 which required the plaintiff to inform the court as to whether he intends to pursue this case pro se or with counsel, (filing no. 32); and has not responded to the court's order dated May 20, 2010 requiring him to show cause why his claims should not be dismissed for want of prosecution, (filing no. 53). Both the February 19, 2010 and May 20, 2010 orders warned that plaintiff's failure to comply may result in dismissal of his case without further notice.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, pursuant to 28 U.S.C. § 636(b), that plaintiff's complaint be dismissed for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

The clerk shall send a copy of this document to the plaintiff's last known address, as previously supplied by plaintiff's former attorney James L. Beckmann.

DATED this 8th day of June, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge